1  **Luis A. Carrillo, Esq., SBN-70398**
   **LAW OFFICES OF LUIS A. CARRILLO**
2  **1525 Fair Oaks Avenue**
   **South Pasadena, CA 91030**
3  **Tel: (626) 799-9375 / Fax: (626) 799-9380**
   **email: lac4justice@yahoo.com**
4
   Attorney for Plaintiffs
5
   **STEVEN J. ROTHANS – State Bar No. 106579**
6  **DAVID G. TORRES-SIEGRIST- State Bar No. 220187**
   **CARPENTER, ROTHANS & DUMONT**
7  **888 South Figueroa, Suite 1960**
   **Los Angeles, CA  90017**
8  **(213) 228-0400 / (213) 228-0401 [Fax]**
   **srothans@crdlaw.com/dgts@crdlaw.com**
9
   Attorneys for Defendant/Cross-Defendant, CITY OF POMONA, a public entity
10 and Defendant CHIEF JOE ROMERO, a former public employee

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ORNELAS, et al. | Case No.: CV09-6374 DMG (VBK) |
| Plaintiffs, | **ORDER RE: CHRIS RODRIGUEZ'S DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| vs. | **JS6** |
| POMONA POLICE DEPARTMENT; et al. | |
| Defendants. | |
| PATRICK O'MALLEY, et al. | |
| Cross-complainants/ Cross-claimants, | |
| vs. | |
| EFRAIN ORNELAS, et al, | |

_____1_____
**~~PROPOSED~~ ORDER RE: CHRIS RODRIGUEZ'S DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Having reviewed the stipulation between Plaintiff CHRIS RODRIGUEZ and Defendants/Cross-defendants/Cross-claimants [Doc. #118], the Court hereby dismisses all claims brought by Plaintiff CHRIS RODRIGUEZ herein with prejudice, in their entirety, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all Defendants/Cross-Defendants.

IT IS SO ORDERED.

DATE:   December 15, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE